# MISCELLANEOUS CASE COVER SHEET

| **PLAINTIFFS** <br> ABC | **DEFENDANTS** <br> DEF |
|---|---|
| **Attorney's** (Firm Name, Address, and Telephone Number) <br><br> Epstein Drangel LLP <br> 60 East 42nd Street, Ste. 1250 New York, NY 10165 <br> (212) 292-5390 | **Attorneys (If Known)** |

| **DESCRIPTION OF CASE** | **Has this or a similar case been previously filed in SDNY ?** |
|---|---|
| Trademark infringement 15 U.S.C. §§ 1051 et seq., 1114(1)(a)-(b), 1116(d), 1117(b)-(c) and 1125(a) | No? [⊙]  Yes? [ ]   Judge Previously Assigned _____ <br><br> If yes, was this case: Vol. [ ]   Invol. [ ]   Dismissed. No [ ]   Yes [ ] <br> If yes, give date: _____   & Case No. _____ |

**NATURE OF CASE**

- [ ] M 08-85 Motion to Compel
- [ ] M 08-85 Motion to Quash
- [ ] M 08-86 Internet Infringement
- [ ] M 08-88 Surety Companies
- [ ] M 08-425 Sureties Proceedings
- [ ] M 11-03 SEC Litigation to Freeze Account
- [ ] M 11-188 GJ Subpoenas - Unsealed
- [ ] M 11-189 GJ Subpoenas - Sealed
- [ ] M 16-88 Sale of Unclaimed Seamen's' Effects
- [ ] M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- [ ] M 18-302 Registration of a Judgment from Another District
- [ ] M 18-304 Administrative Subpoena Proceedings
- [ ] M 18-305 Registration of Student Loan Judgment
- [ ] M 18-981 Nonjudicial Civil Forfeiture Proceeding
- [ ] M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- [ ] M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- [ ] M 19-63 Receivers - Property in Other Districts
- [ ] M 19-78 Denial to Sue In Forma Pauperis
- [ ] M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- [ ] M 22-2 Designation of individual to issue certified copies in bankruptcy part
- [ ] M 23 Petition to Perpetuate Testimony
- [ ] M 25-1 Order for Entry to Effect Levy - IRS Matter
- [ ] M 25-2 Permission to have access to safe deposit boxes
- [ ] M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union
- [ ] M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- [ ] M 28 Warrant for Entry & Inspection of Premises
- [ ] M 29 Privacy Act Application
- [ ] M 30 Privacy Act Application
- [ ] M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- [ ] M 32 Petition for Writ to Produce Federal Prisoner in State Court
- [ ] M 33 Inspection Warrant - Department of Energy
- [ ] M 34 Order of Another District Court that the State Court Produce
- [ ] M 35 Order to Stay Transfer of Federal Prisoner
- [ ] M 36 National Labor Relations Board

- [ ] M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- [ ] M 38 Application for Reassignment of Bankruptcy Proceeding
- [ ] M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- [ ] M 41 Order of Return of 28:2254/2255 Petition
- [ ] M 42 Order Denying Stay of Deportation
- [ ] M 43 Contempt of Court in Bankruptcy
- [ ] M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- [ ] M 46 Order from Another District for Public Viewing
- [ ] M 47 Bankruptcy Cases - Before Appeal Filed
- [ ] M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- [ ] M 48 Application for Appointment of Counsel - No Case in This Court
- [ ] M 49 Order Denying Commencement of Civil Action
- [ ] M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- [ ] M 52 Application for Leave to File a Complaint
- [ ] M 53 Order Barring Individual from Entering Courthouse Building
- [ ] M 54 Immigration Naturalization - Order Delaying Deportation
- [ ] M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- [ ] M 58 Application for Extension of Time to File Petition for Removal
- [ ] M 59 Application to Produce Federal Prisoner in State Court
- [ ] M 67 Notice of Eviction to Squatters (USA Cases)
- [ ] M 71 Application re: Federal Rules Cr. 11(e)(2)
- [ ] M 72 Order of Attachment of Another District – EDNY
- [ ] M 73 Subpoena to Government Agency
- [ ] M 75 Application for Writ of Garnishment
- [ ] M 76 Central Violations Bureau
- [ ] M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- [ ] M 90 Order of Attachment
- [ ] M 93 Letters Rogatory _____
- [ ] M 94 Other _____
- [⊙] M 98 Application to file a civil case under seal.
- [ ] M 100 Motion to unseal – Criminal Duty Matter

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

**JUDGE**_____**MISCELLANEOUS CASE NUMBER** _____

**NOTE:  Please submit at the time of filing an explanation of why cases are deemed related**

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

ABC

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

DEF

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE    **No** ☐    **Yes** ☐
**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO    **WHITE PLAINS** ☐    **MANHATTAN** ☉

| DATE | **SIGNATURE OF ATTORNEY OF RECORD** | **ADMITTED TO PRACTICE IN THIS DISTRICT** |
|---|---|---|
| August 7, 2024 | | ☐ U.S. GOVERNMENT ATTORNEY |
| | | ☐ NO |
| RECEIPT # | | ☉ YES (DATE ADMITTED   MO. 08   YR. 2021 )   ATTORNEY BAR CODE # 5837042 |
| Daniel Ortiz, Acting Clerk of Court, _____ | | Dated _____ |